01
02
03
04
05                       UNITED STATES DISTRICT COURT
                         WESTERN DISTRICT OF WASHINGTON
06                                    AT SEATTLE

07  NATHANIEL ST. CLAIR, III            )   CASE NO. C09-0475-MJP
                                        )
08          Plaintiff,                  )
                                        )
09      v.                              )   ORDER DISMISSING § 1983 ACTION
                                        )
10  SGT. HANSEN,                        )
                                        )
11          Defendant.                  )
    _____)
12

13      The Court, having reviewed the Report and Recommendation of the Honorable Mary

14  Alice Theiler, United States Magistrate Judge, and the balance of the record, does hereby find

15  and ORDER:

16      (1)   Plaintiff has not filed any timely objections.  The record indicates Judge

17  Theiler's Report and Recommendation was returned as undeliverable.  (Dkt. No. 22.)  A party

18  proceeding pro see must "keep the court and opposing parties advised as to his current address."

19  Local Rule 41(b)(2);

20      (2)    The Court adopts the Report and Recommendation;

21      (3)    Defendant's motion for summary judgment (Dkt. 19) is GRANTED, and this

22            case is DISMISSED with prejudice; and

ORDER DISMISSING § 1983 ACTION
PAGE -1

01       (4)    The Clerk is directed to send copies of this Order to plaintiff and to Judge

02              Theiler.

03    DATED this 20th day of April, 2010.

04

05                                                Marsha J. Pechman

06                                                United States District Judge

ORDER DISMISSING § 1983 ACTION
PAGE -2